MARY L. CAMPION, Appellant, *v.* THE ROMAN CATHOLIC ORPHAN ASYLUM IN THE CITY OF NEW YORK et al., Respondents.

SAME, Appellant, *v.* SAME, Respondents.

*Campion* v. *Roman Catholic Orphan Asylum, N. Y. City,* 168 App. Div. 910, affirmed.

*Campion* v. *Roman Catholic Orphan Asylum, N. Y. City,* 168 App. Div. 915, affirmed.

(Argued October 30, 1917; decided November 13, 1917.)

APPEAL, in each of the above-entitled actions, from a judgment of the Appellate Division of the Supreme

Court in the first judicial department, entered May 18, 1915, affirming a judgment in favor of defendants entered upon an order of the court at a Trial Term setting aside a verdict directed by the court and directing judgment in favor of defendants. These were actions of ejectment brought by the heir at law of John Laden, deceased, to recover possession of the real estate of which he died seized and which he had devised by will, creating a trust of the whole residuary for the benefit of the plaintiff, his only child, for life, and vesting the remainder upon her death, one-half in her issue and one-half in the late Archbishop Corrigan. The plaintiff sought to recover on the ground that the trust of the residuary estate in the will is void, because it unlawfully suspended the power of alienation.

*Emanuel J. Myers* and *Gordon S. P. Kleeberg* for appellant.

*Edward H. Daly* and *Morgan J. O'Brien* for Roman Catholic Orphan Asylum, respondent.

*Addison S. Pratt* for Marion G. Campion, respondent.

Judgments affirmed, with costs; no opinion.
Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, HOGAN, POUND and ANDREWS, JJ. Not sitting: McLAUGHLIN, J.